IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
WENDY JOHNSON                   :
                                :  CIVIL ACTION
        Plaintiff,              :
                                :
    v.                          :
                                :  NO. 10-CV-2091
UPPER DARBY, PA., et al.,       :
                                :
        Defendants.             :
```

**ORDER**

AND NOW, this    26th    day of September, 2011, upon consideration of Defendants' Motion for Partial Summary Judgment (Doc. No. 16) and Plaintiff's Response in opposition thereto (Doc. No. 17), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Motion is GRANTED and Upper Darby Township and Police Superintendent Michael Chitwood are DISMISSED with prejudice.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, C.J.